1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:24-cv-03630-JAM-CSK
       IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:24-cv-03631-JAM-CSK

13                                              No. 2:24-cv-03633-JAM-CSK

14                                              No. 2:24-cv-03634-JAM-CSK

15                                              No. 2:24-cv-03635-JAM-CSK

16                                              No. 2:24-cv-03637-JAM-CSK

17                                              No. 2:24-cv-03650-JAM-CSK

18                                              No. 2:24-cv-03652-JAM-CSK

19                                              No. 2:24-cv-03653-JAM-CSK

20                                              No. 2:24-cv-03655-JAM-CSK

21

22

23

24                                              ORDER

25

26

27         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

1

1 litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2 proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3 Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4 13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5 the Court to open a new case for each attempted new pleading and assign it to the Court for

6 review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7 Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8      The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9 finds they are related to Plaintiff's Alameda County criminal conviction.[1]

10      Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03630, 2:24-cv-03631, 2:24-cv-

11 03633, 2:24-cv-03634, 2:24-cv-03635, 2:24-cv-03637, 2:24-cv-03650, 2:24-cv-03652, 2:24-cv-

12 03653 and 2:24-cv-03655 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

13 these cases.  **No further filings will be accepted**.

14

15   Dated: January 13, 2025     /s/ John A. Mendez

16      THE HONORABLE JOHN A. MENDEZ
     SENIOR UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

[1] In the caption of 2:24-cv-03655, plaintiff names the Merced County Superior Court.  To the
27 extent plaintiff intended to raise the claims raised in 2:24-cv-03655 in the United States District
Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-
28 03655 are related to Plaintiff's Alameda County criminal conviction.

2